P. Kristofer Strojnik, SBN 026082
THE STROJNIK FIRM LLC
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>American Express Company, a New York corporation,<br><br>Defendant. | Case No: 2:23-cv-00340-SPL<br><br>**NOTICE OF INCORRECT INFORMATION REGARDING THE PLAINTIFF ON ECF DOCKET** |

On the ECF docket, there are numerous "Related Cases" listed. Those cases relate to a person unrelated to Plaintiff. The "Related Cases" relate to disbarred attorney Peter Strojnik, Arizona Bar Number 6464. Plaintiff in this case is Peter Kristofer Strojnik, Arizona Bar Number 026082. Moreover, assuming it was the same plaintiff in this case and the "Related Cases," which it is not, the case-types are completely different. Whereas this case is a credit reporting case, the "Related Cases" appear to relate to civil rights cases. The listing of those "Related Cases" is incorrect information on several different levels, misleads the reader and should be removed from the public record in the ECF docket.

RESPECTFULLY SUBMITTED this 3d day of March, 2023.

*/s/ P. Kristofer Strojnik*
P. Kristofer Strojnik (026082)
Attorneys for Plaintiff