1  Daniel P. Velocci (025801) - dpv@imlawpc.com
   **IANNITELLI MARCOLINI, P.C.**
2  5353 North 16th Street, Suite 315
3  Phoenix, Arizona 85016
   (602) 952-6000
4  *Attorneys for Defendant*

5

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF ARIZONA**

8

9  Peter Kristofer Strojnik, dealing with his sole and separate claim,

10         Plaintiff,

11

12 vs.

13 American Express Company, a New York corporation,

14

15         Defendant.

16

No.  CV-23-340-PHX-SPL

**STIPULATION (FIRST) TO EXTEND TIME TO RESPOND TO COMPLAINT**

17         WHEREAS, Plaintiff Peter Kristofer Strojnik ("Plaintiff") filed his Complaint
18 on February 26, 2023 and served the Complaint on March 6, 2023, making the
19 original deadline to respond to the Complaint March 27, 2023;

20         WHEREAS, Plaintiff and counsel for defendant American Express Company
21 ("Defendant"), having only been engaged this week for representation in this
22 matter, and that counsel and Plaintiff are now engaged in discussions to evaluate
23 and possibly enter into a settlement that seeks to resolve the issues raised in the
24 Complaint, and also consider the appropriateness of filing a stipulation that would
25 stay this action in order to complete arbitration as allegedly provided in the
26 underlying agreement at issue between Plaintiff and Defendant, and the parties
27 have agreed and stipulated, that Defendant may have a <u>first</u> extension, until and
28 including April 12, 2023, to respond to Plaintiff's Complaint, which request is

1

reasonable in light of the foregoing.  Pursuant to L.R. 7.3, the Parties have submitted a form of Order consistent with the relief sought herein.

**RESPECTFULLY** submitted this 23rd day of March, 2023.

**IANNITELLI MARCOLINI, P.C.**

By  /s/ *Daniel P. Velocci*
　　Daniel P. Velocci
　　*Attorneys for Defendant*

**THE STROJNIK FIRM LLC**

By  /s/ *P. Kristofer Strojnik*
　　P. Kristofer Strojnik
　　*Attorneys for Plaintiff*