# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>American Express Company, a New York corporation,<br><br>Defendant. | No. CV-23-340-PHX-SPL<br><br>**ORDER GRANTING STIPULATION (FIRST) TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff and Defendant, by and through their respective counsel, have filed a Stipulation (First) to Extend Time to Respond to Complaint.

In consideration of the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the time for Defendant to respond to Plaintiff's Complaint is extended until and including April 12, 2023.