P. Kristofer Strojnik, SBN 026082
THE STROJNIK FIRM LLC
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PETER KRISTOFER STROJNIK, dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, a New York corporation,<br><br>Defendant. | Case No: 2:23-cv-00340-SPL<br><br>**DECLARATION OF PETER KRISTOFER STROJNIK** |

I, Peter Kristofer Strojnik, declare the following to be true and correct under penalty of perjury:

1. I make this Declaration in support of Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction. I make this Declaration of my own personal knowledge, based on my participation in and/or personal knowledge of the events described herein. I will testify to the facts set forth herein if called upon to do so.

2. I am an attorney licensed to practice law in all federal and state courts in the States of California and Arizona. I practice law primarily in California federal courts where my hourly rate of $750.00 per hour has been adopted and approved.

3. While I practice primarily in California, my primary residence is here in Phoenix.

4. In January of this year, I decided to explore the purchase of a vacation home in Northern Arizona. My first step was to contact my mortgage broker, Frank Madia.

5. Mr. Madia pulled my credit on January 26, 2023 using Advantage Credit, which is the primary credit agency utilized by mortgage lenders in the United States. There were some issues on my January Report which, if rectified, could increase my credit scores in anticipation of obtaining a favorable interest rate. Those issues were an old Infiniti account, an old BMW account, and an old AMEX account.

6. I immediately settled the BMW and Infiniti accounts, I believe in late January.

7. I then turned my attention to AMEX issue, which was a 2019 credit card that AMEX claimed I allegedly failed to pay. Prior to this point, AMEX had sent me numerous letters offering to settle the account. These letters offered one lump sum payment options and staggered payment options. I believe that these letters came to my home consistently for at least two years.

8. On the letters was a telephone number that I could contact to take advantage of the settlement offers. On or around January 29, 2023, I telephoned this number and sought to settle the AMEX account, which at the time listed an outstanding balance of $9,121.00.

9. A lawyer friend of mine in San Diego told me to "be careful" with AMEX. My lawyer friend deals in credit issues, and his experience was that AMEX was "shifty" when it came to credit reporting and honoring settlements.

10. Nevertheless, during my call, I settled the account as follows: I would pay $3,648.78 in exchange for settling the account in full and AMEX reporting the account as "Settled With Zero Balance" to the three major credit reporting agencies.

11. I paid the settlement amount a day or two later and provided proof of payment to AMEX on the same day.

12. But AMEX never performed. In March 2023, my other mortgage broker Kip Moyer ran my credit a second time. On the March Report, AMEX changed the debt…but not positively or in accordance with the settlement agreement. Instead of reporting the account as "Settled With Zero Balance," AMEX simply deducted the settlement payment I made and changed the balance to the difference between the original balance and my settlement payment!!!

13. That precipitated this lawsuit. My original lawsuit alleged facts centering around AMEX's breach of the settlement and reporting of false information to the credit bureaus regarding that settlement.

14. At the time (in or around March 2023), I did not know (a) that AMEX had retaliated against me by changing the number of 90-day late pays, or (b) to even look at the number of late-pays.

15. It was at or around this time that I made an offer on a home in Northern Arizona that was accepted. Now came the part to obtain a favorable loan and interest rate.

16. Mr. Moyer ran my credit a third time in April 2023, as we kept checking to see if AMEX would be honoring the settlement. AMEX never did honor the settlement, but I had filed a dispute with the credit bureaus who rectified the false reporting for me. AMEX never honored the settlement.

17. However, Mr. Moyer brought up a new AMEX issue in the April Report – AMEX was reporting that I had 31 90-day late payments on the account!!!

18. Unbeknownst to me, AMEX had done that as of the March Report too. But in the January Report, there were only 3 90-day late payments. So between January and March, AMEX had multiplied my late payments to a staggering amount!!

19. The only reason why I became aware of the numerous late payments was because Mr. Moyer brought it to my attention as a major problem in obtaining a loan. Mr. Moyer stated:

> *We want to talk to our account executive to discuss the AMEX issues and the 31 x 90 day late payments. We want to see if there is a strategy for attempting to circumvent this issue*. **Right now it is**

> *holding our ability to generate docs and the account executive can be helpful with better understanding this issue.* Ideally it would be amazing if AMEX could update your late pays, etc. I know you have a suit vs them and I assume this is at least part of the suit from reading the complaint. I will let you know what the AE recommends as a strategy.

20. I was shocked!!! First, I had not known that AMEX did this, and second, I was not aware that such a manipulation would have such a great effect on my ability to secure a loan.

21. After this discovery, I immediately amended the Complaint in this action to include AMEX's false reporting of the 31 90-day late payments. As of today, I have two claims: AMEX's false reporting of the settlement payment and AMEX's false reporting of the 90-day late payments.

22. I have provided the Court with undisputable evidence of AMEX's retaliation and false reporting. What is surprising is that AMEX does not seem to hide their transgressions; it almost seems arrogant the manner with which AMEX engages in this scheme to the point that this lawsuit is merely a cost of doing business.

23. I have provided the Court with evidence that between January and March, AMEX multiplied my 90-day late payments from 3 to 31. I have also provided a detailed timeline. I have provided the Court with detailed accounting that can only reasonably support 3 90-day late payments.

24. I feel as though AMEX has been caught, but only because I am a lawyer who has somewhat vague knowledge of credit reporting law. I can only imagine how many others AMEX does this to who are laymen and who have no knowledge of the law or their rights.

25. The foregoing is true and correct to the best of my memory, recollection and information, under the penalty of perjury.

Further the declarant sayeth naught.

4

1
2        DATED this 16th day of April, 2023.
3
4
5
         _____
6        Peter Kristofer Strojnik
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28