

Potential Score Improvement

File#: **20404236**
Date: **1/26/2023**
Company: **Equitable Home Mortgage, Inc**



**Applicant: PETER KRISTOFER STROJNIK**

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Bureau Scores | 597 | 649 | 634 |
| Potential Score Improvement | +33 | +39 | +28 |

## Credit Assure ™

Credit Assure™ looks for opportunities to help a borrower improve their credit score, typically by paying down balances.

Current scores (called bureau scores) are provided by the credit bureaus. Predicted scores (called potential scores) and score changes (called potential improvements or score improvements) are provided by CreditXpert Inc. ("CXI") and are not bureau or FICO scores or changes. Predicted scores and score changes simulated by CreditXpert(R) products are only estimates. CXI does not guarantee that scores from any other company will change by the same amount, in the same way, or at all, or that correcting credit report information will result in a score improvement. CreditXpert products are based on credit reports from the bureaus. CXI is not responsible for inaccurate results, including any due to incorrect, incomplete, or outdated credit report information or incorrect assumptions about the future. CXI is not a credit counseling or credit repair organization. CXI is not endorsed by Equifax, Experian, TransUnion or FICO.
THE FOREGOING IS NOT INTENDED TO PROVIDE OR IMPLY WARRANTIES OF ANY KIND. CREDITXPERT PRODUCTS ARE PROVIDED ON AN "AS IS" BASIS, AND CREDITXPERT INC. AND ITS DISTRIBUTORS DISCLAIM ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, NON-INTERFERENCE AND/OR ACCURACY OF INFORMATIONAL CONTENT.
Copyright (c) 2000-2023, CreditXpert Inc. All rights reserved. CreditXpert(R) is a registered trademark of CreditXpert Inc.



32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439  
Phone: 303-670-7993  
Fax: 800-670-8067

**Add Product**

**MERGED INFILE CREDIT REPORT**

| | | | |
|---|---|---|---|
| FILE # | 20404236  FNMA # | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
| SEND TO | Equitable Home Mortgage, Inc | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | CO-APPLICANT | |
| SOC SEC # | 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    DOB  8/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |
| CURRENT ADDRESS | 7170 N CENTRAL AVE, PHOENIX, AZ 85020 | LENGTH | |
| PREVIOUS ADDRESS | | LENGTH | |

### SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - PETE K STROJNIK - 601074980  
SCORE: **634**  
00039 - SERIOUS DELINQUENCY  
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN  
00010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS  
00014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED  
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - PETER K STROJNIK - 601074980  
SCORE: **649**  
039 - SERIOUS DELINQUENCY  
010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS  
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN  
008 - TOO MANY INQUIRIES LAST 12 MONTHS  
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - PETER K STROJNIK - 601074980  
SCORE: **597**  
39 - SERIOUS DELINQUENCY  
10 - PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS  
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY  
14 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED  
08 - TOO MANY INQUIRIES LAST 12 MONTHS

### ALERT

1 - TRANSUNION ID MISMATCH ALERT: 4 INQUIRIES RECORDED IN THE LAST 60 DAYS.

PETER KRISTOFER STROJNIK PUBLIC RECORDS FOUND USING THIRD-PARTY DATA SOURCE THAT MAY PERTAIN TO THE CONSUMER LISTED - ADDITIONAL RESEARCH/REVIEW IS RECOMMENDED

### TU IDVISION ALERT

*** IDVISION ALERT ***  
1 - STROJNIK, PETER KRISTOFER  
* 5504 - INPUT SSN ISSUED: 1984; STATE: AZ; (EST. AGE OBTAINED: 06 TO 07)

**Request New Tradeline**                                                                                         **Display Trended Data**

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 | FNMA # | | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | | | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | | | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | | | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | | | CO-APPLICANT | | | |
| SOC SEC # | 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 | DOB | 8/26/1977 | SOC SEC # | | DOB | |
| MARITAL STATUS | | | | DEPENDENTS | | | |

### OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | AES/EFS 9488078112PA00009 | 12/22 | 08/05 12/22 | $68181 EDU | $50492 360 $435 | $0 | 99 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| B | B | VW CREDIT INC 8138788033 Directory: 800-428-4034 1401 FRANKLIN BLVD LIBERTYVILLE, IL 60048 AUTO LEASE | 01/23 | 08/22 01/23 | $42283 AUTO | $38266 036 $1275 | $0 | 6 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| B | B | CONSUMER PORTFOLIO SVC 40021321716 Directory: BYMAILONLY PO BOX 57071 IRVINE, CA 92619 | 12/22 | 09/22 12/22 | $31224 AUTO | $30723 072 $722 | $0 | 3 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| J | B | NISSAN-INFINITI LT 29009736754 Directory: 800-950-6622 2901 KINWEST PKWY IRVING, TX 75063 | 12/22 | 04/14 03/17 | $31599 AUTO | $6132 039 $0 | $0 | 99 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| | | SUBSCRIBER REPORTS DISPUTE RESOLVED-CONSUMER DISAGREES; AUTO LEASE; DISPUTE RESOLVED REPORTED BY GRANTOR; CONSUMER DISPUTES AFTER RESOLUTION | | | | | | | | | | |
| B | B | FB&T/MERCURY 0021934511 Directory: 866-686-2158 | 01/23 | 02/22 12/22 | $1250 REV | $1232 MIN $10 | $0 | 11 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| B | B | MERRICK 5463166606439287 Directory: 8006571341 55 EAST AMES CT PLAINVIEW, NY 11803 | 10/22 | 12/21 10/22 | $1200 REV | $1165 $39 | $0 | 10 | 0 | 0 | 0 | AS AGREED EF |
| B | B | MISSION LANE TAB BANK 4315037500822048 | 01/23 | 01/22 01/23 | $300 REV | $292 MIN $25 | $0 | 12 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| B | B | AVANT/WEBB 149522748 | 01/23 | 02/22 01/23 | $300 REV | $273 MIN $25 | $0 | 10 | 0 | 0 | 0 | AS AGREED XP/TU/**EF** |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 | FNMA # | | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | | | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | | | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | | | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | | | |

|  | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | | CO-APPLICANT | |
| SOC SEC # | 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 | DOB 8/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | | | DEPENDENTS | |

## OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 149522748 | | 01/23 | REV | MIN $25 | | | | | | XP/TU/**EF** |
| B | B | CREDIT ONE BANK NA<br>4447962555393440<br>Directory: 877-825-3242<br>PO BOX 98875<br>LAS VEGAS, NV 89193 | 01/23 | 06/21<br>12/22 | $500<br>REV | $25<br>MIN $17 | $0 | 19 | 0 | 0 | 0 | AS AGREED<br>**XP**/TU/EF |
| B | B | MERRICK BANK CORP<br>546316660684<br>Directory: 800-253-2322<br>PO BOX 5000<br>DRAPER, UT 84020 | 01/23 | 12/21<br>01/23 | $1200<br>REV | $6<br>MIN $6 | $0 | 13 | 0 | 0 | 0 | AS AGREED<br>**XP**/TU |

## DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | BMW FIN<br>4003026146<br>Directory: 8005785000<br>5550 BRITTON PKWY,<br>PO#2071996<br>HILLIARD, OH 43026-7456 | 12/22 | 08/18<br>08/20 | $51182<br>AUTO | $23302<br>36 - | $23302 | 52 | 0 | 0 | 0 | CHARGE OFF<br>XP/TU/**EF** |
| | | TRANSFERRED TO RECOVERY; CHARGED OFF ACCOUNT | | | | | | | | | | |
| B | B | AMEX<br>-3499925960528503<br>Directory: 800-874-2717<br>P O BOX 7871<br>FORT LAUDERDAL, FL 33329 | 04/20 | 07/18<br>01/19 | $9121<br>OPEN | $9121<br>001 $9121* | $9121 | 14 | 1 | 1 | 3 | CHARGE OFF<br>XP/**TU**/EF |
| | | Late Dates: 7/19-120 (See status), 6/19-120, 5/19-90, 4/19-60, 3/19-30<br>ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be known that it complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 | FNMA # | | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | | | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | | | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | | | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | | | CO-APPLICANT | | | |
| SOC SEC # | 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 | DOB | 8/26/1977 | SOC SEC # | | DOB | |
| MARITAL STATUS | | | | DEPENDENTS | | | |

### DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | BMW FINANCIAL SERVICES 4003515781 Directory: 8005785000 5515 PARKCENTER CIR DUBLIN, OH 43017 | 08/22 | 04/20 07/22 | $52646 AUTO | $0 036 $0 | $0 | 29 | 3 | 0 | 0 | PD WAS 30 XP/TU/EF |

Late Dates: 7/22-30, 11/20-30, 10/20-30
EARLY TERMINATION/OBLIGATION SATISFIED; AUTO LEASE

### CLOSED ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | B | BMW FIN 4001370649 Directory: 8005785000 5550 BRITTON PKWY, PO#2071996 HILLIARD, OH 43026-7456 | 10/17 | 10/11 05/14 | $25679 AUTO | $0 36 $0 | $0 | 31 | 0 | 0 | 0 | PAID XP/TU/**EF** |
| S | B | BMW FIN 4001012171 Directory: 8005785000 5550 BRITTON PKWY, PO#2071996 HILLIARD, OH 43026-7456 | 10/17 | 07/08 08/10 | $38491 AUTO | $0 24 $0 | $0 | 25 | 0 | 0 | 0 | PAID EF |
| B | B | NISSAN-INFINITI LT 29009947311 Directory: 800-950-6622 2901 KINWEST PKWY IRVING, TX 75063 | 11/17 | 03/17 11/17 | $20861 AUTO | $0 039 $0 | $0 | 7 | 0 | 0 | 0 | PAID XP/TU/EF |

ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER; AUTO LEASE

| B | B | NISSAN-INFINITI LT 29009946668 Directory: 800-950-6622 2901 KINWEST PKWY IRVING, TX 75063 | 10/17 | 03/17 09/17 | $46358 AUTO | $0 039 $0 | $0 | 7 | 0 | 0 | 0 | PAID XP/TU |

ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER; AUTO LEASE

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 FNMA # | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | |

| APPLICANT | | | CO-APPLICANT | | |
|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | | CO-APPLICANT | | |
| SOC SEC # | 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 | DOB 8/26/1977 | SOC SEC # | | DOB |
| MARITAL STATUS | | | DEPENDENTS | | |

## CLOSED ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | NISSN INF LT 29009983429 | 10/18 | 08/17 10/18 | $25064 AUTO | $0 39 $0 | $0 | 13 | 0 | 0 | 0 | PAID TU/EF |
| | | CLOSED; AUTO LEASE | | | | | | | | | | |
| B | B | NISSN INF LT 29010102345 | 08/18 | 10/17 08/18 | $31177 AUTO | $0 39 $0 | $0 | 09 | 0 | 0 | 0 | PAID TU/EF |
| | | CLOSED; AUTO LEASE | | | | | | | | | | |

## OTHER CREDIT HISTORY
*** NONE ***

## PUBLIC RECORDS
*** NONE ***

## INQUIRIES (LAST 120 DAYS)

| TU | B | 12/30/22 | PRESTIGE FIN | FINANCE |
|---|---|---|---|---|
| TU | B | 12/30/22 | FLAGSHIP CRE | FINANCE |
| XP | B | 12/30/22 | AXOS BANK | BANKING |
| XP | B | 12/30/22 | FIRST INVST SVC/FIRST | FINANCE |
| TU | B | 12/24/22 | AUDI N SCOTT | AUTOMOTIVE |
| TU | B | 12/24/22 | VW CREDIT | FINANCE |
| XP | B | 12/24/22 | WFDS | FINANCE |
| XP | B | 12/24/22 | SANTANDER CONSUMER USA | FINANCE |

## TRADE SUMMARY

The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to ADVANTAGE CREDIT customer service.

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 FNMA # | | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | CO-APPLICANT | | |
| SOC SEC # | 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  DOB  8/26/1977 | SOC SEC # | | DOB |
| MARITAL STATUS | | DEPENDENTS | | |

### TRADE SUMMARY

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 0 | 0 | 0 | 0 | 0 |
| AUTO | 11 | 98423 | 156288 | 1997 | 23302 |
| EDUCATION | 1 | 50492 | 68181 | 435 | 0 |
| OTHER INSTALLMENT | 0 | 0 | 0 | 0 | 0 |
| OPEN | 1 | 9121 | 9121 | 9121 | 9121 |
| REVOLVING | 6 | 2993 | 4750 | 122 | 0 |
| OTHER | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 19 | 161029 | 238340 | 11675 | 32423 |

| | | | |
|---|---|---|---|
| SECURED DEBT | 98423 | OLDEST TRADELINE | 08/05 |
| UNSECURED DEBT | 62606 | REVOLVING CREDIT UTILIZATION | 63% |
| | | TOTAL DEBT/HIGH CREDIT | 90% |

### DEROGATORY SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| CHARGE OFFS: | 2 | 30 DAYS: | 2 | INQUIRIES: | 8 |
| COLLECTIONS: | 0 | 60 DAYS: | 1 | MOST RECENT LATE: | undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 1 | DISPUTES: | 1 |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

### MORTGAGE SUMMARY

| | APPLICANT | CO-APPLICANT |
|---|---|---|
| # OF 30 DAY MTG DELINQ | 0 | |
| # OF 60 DAY MTG DELINQ | 0 | |
| # OF 90 DAY MTG DELINQ | 0 | |
| # OF INQUIRIES | 8 | |
| TRADELINE COUNT | 19 | |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 | FNMA # | | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | | | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | | | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | | | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | | | CO-APPLICANT | | | |
| SOC SEC # | 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 | DOB | 8/26/1977 | SOC SEC # | | DOB | |
| MARITAL STATUS | | | | DEPENDENTS | | | |

### TREND SUMMARY

| PAYMENT BEHAVIOR: | REVOLVING | | PAYMENT RATIO: | 97.57% | |
|---|---|---|---|---|---|

**REVOLVING ACCOUNTS**

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| # OPEN ACCOUNTS | 6 | 6 | 6 | 6 | 4 | 0 |
| # ACTIVE ACCOUNTS | 5 | 5 | 5 | 3 | 2 | 0 |
| CREDIT LIMIT | 3550 | 3550 | 3550 | 2950 | 1700 | 0 |
| PREV BALANCE | 3125 | 2997 | 4279 | 1269 | 1 | 0 |
| BALANCE | 611 | 3125 | 2997 | 1351 | 168 | 0 |
| SCHEDULED PAYMENT | 90 | 168 | 150 | 66 | 70 | 0 |
| ACTUAL PAYMENT | 3049 | 347 | 233 | 33 | 145 | 0 |

**NON-REVOLVING ACCOUNTS**

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| BALANCE | 40807 | 153170 | 154948 | 97350 | 105638 | 125249 |
| PAYMENT | 1300 | 2022 | 2022 | 434 | 2022 | 2047 |

### MISCELLANEOUS INFORMATION

- Instant View Password: BE-A9DA6A

- To verify the authenticity of this credit report, please visit https://credit.advcredit.com and click on the Instant View link. Enter Identifier # 20404236 and password BE-A9DA6A to view the report. For any inquiries regarding this report or services provided by ADVANTAGE CREDIT please contact us at 303-670-7993.

### SOURCE OF INFORMATION

1 TRANSUNION - PULLED ON: 01/26/23 - INFILE DATE: 10/01/00
  NAME: PETER K STROJNIK
  NAME: PETER,STROJNIK
  NAME: DOB: 08/26/77
  SSN: 601074980
  ADDRESS: 7170 N CENTRAL AV, PHOENIX, AZ 85020-4812 - REPORTED 09/18
  ADDRESS: 7847 N CENTRAL AV, PHOENIX, AZ 85020-4025 - REPORTED 01/10
  ADDRESS: 721 E CIRCLE RD, PHOENIX, AZ 85020-4141 - REPORTED 12/10
  EMPLOYER: THE STROJNIK FIRM/ATTORNEY/ - REPORTED 12/08
  EMPLOYER: STROJNIK FIRM LL/SELF EMPLOYED/ - REPORTED 01/08

2 EXPERIAN - PULLED ON: 01/26/23
  NAME: PETER K STROJNIK 601074980 DOB: 08/26/77
  NAME: PETE STROJNIK 601074980 DOB: N/A
  NAME: PETER K PETER 601074980 DOB: N/A
  NAME: PETER NULL STROJNIK 601074980 DOB: N/A
  SSN: 601074980
  ADDRESS: 7170 N CENTRAL AVE, PHOENIX, AZ 85020-4812 - REPORTED 07/18 - 11/22
  ADDRESS: 2415 E CAMELBACK RD STE 700, PHOENIX, AZ 85016-4245 - REPORTED 03/12 - 10/18
  ADDRESS: 211 W MORTEN AVE, PHOENIX, AZ 85021-7247 - REPORTED 09/12 - 09/18
  EMPLOYER: THE STROJNIK FIRM LLC//2415 E CAMELBACK RD STE 7, PHOENIX AZ - REPORTED 05/10
  EMPLOYER: THE STROJNIK LAW FIRM// - REPORTED 09/22

3 EQUIFAX - PULLED ON: 01/26/23 - INFILE DATE: 01/15/96
  NAME: PETE K STROJNIK DOB: 08/26/77

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067
The information is furnished in response to an inquiry made for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 FNMA # | | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | | CO-APPLICANT | | |
|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | | CO-APPLICANT | | |
| SOC SEC # | 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 | DOB  8/26/1977 | SOC SEC # | | DOB |
| MARITAL STATUS | | | DEPENDENTS | | |

**SOURCE OF INFORMATION**

```
NAME: PETER KRISTOFER STROJNIK
NAME: PETER STRONJNIK
SSN: 601074980
ADDRESS: 7170 N CENTRAL AVE, PHOENIX, AZ 85020 - REPORTED 09/18 - 01/23
ADDRESS: 7847 N CENTRAL AVE, PHOENIX, AZ 85020 - REPORTED 02/10 - 01/23
ADDRESS: 3030 N CENTRAL AVE STE 1401, PHOENIX, AZ 85012 - REPORTED 03/18
EMPLOYER: THE STROJNIK FIRM LL/MANAGING ATTOR/ - REPORTED 08/22
EMPLOYER: THE STROJNIK LAW FIR/ATTORNEY/ - REPORTED 09/22
EMPLOYER: THE STROJNIK FIRM LL/ATTORNEY/ - REPORTED 03/20
```

**CREDITORS**

| | | |
|---|---|---|
| 1ST INVESTORS FINANCIA | 380 INTERSTATE N PKWY ST, ATLANTA, GA 30339 | 770-956-3820 |
| 1ST NATIONAL BANK OF MARIN | ATTN: ACCOUNT SERVICES PO BOX 98873, LAS VEGAS, NV 89193 | 702-269-1000 |
| AMERICAN EXPRESS | P.O. BOX 981537, EL PASO, TX 79998 | 800-635-5955 |
| AMEX | P O BOX 7871, FORT LAUDERDAL, FL 33329 | 800-874-2717 |
| AVCO FINANCIAL SERVICES | 400 CHESTERFIELD CTR STE 630, CHESTERFIELD MO 63017 | (314) 537-3050 |
| BMW FIN SVC | 5515 PARK CENTER C, DUBLIN, OH 43017 | 800-578-5000 |
| BMW FINANCIAL SERVIC | 5550 BRITTON PKWY, PO#2071996, HILLIARD, OH 43026-7456 | 800-578-5000 |
| BMW FINANCIAL SERVICES | 5515 PARKCENTER CIR, DUBLIN, OH 43017 | 800-578-5000 |
| CNS PORT SVC | 16355 LAGUNA CANYO, IRVINE, CA 92618 | 800-365-7285 |
| CONSUMER PORTFOLIO S | 16355 LAGOONA CANYON RD PVC (167), IRVINE, CA 92618 | 800-365-7285 |
| CREDIT ONE BANK | PO BOX 98875, LAS VEGAS, NV 89193 | 877-825-3242 |
| CREDITONEBNK | POB 98872, LAS VEGAS, NV 89193 | 877-825-3242 |
| MERCURY CARD/FB&T/TSYS | , | 866-686-2158 |
| MERRICK BANK CORP | 55 EAST AMES CT, PLAINVIEW, NY 11803 | 800-657-1341 |
| MERRICK BK | PO BOX 5000, DRAPER, UT 84020 | 801-545-6600 |
| NISSAN-INFINITI LT / LEASES | P.O. BOX 660360, DALLAS, TX 75266-0360 | 800-777-6116 |
| NISSAN-INFINITI LT / LOANS | 2901 KINWEST PKWY, IRVING, TX 75063 | 800-950-6622 |
| PACIFIC SHOR | 23101 LAKE CENTER LAKE, FOREST CA 92630 | (949) 699-1000 |
| VW CREDIT | 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048 | 800-428-4034 |

**DISCLAIMER**

-
An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

-
This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

ECOA KEY:    B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067**
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20404236 FNMA # | | DATE COMPLETED | 1/26/2023 | RQD' BY | JACKIE CHENERY |
|---|---|---|---|---|---|---|
| SEND TO | Equitable Home Mortgage, Inc | | DATE ORDERED | 1/26/2023 | | |
| | CUST. # 9001149 | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 6831 E. 5TH AVE | | PRICE | $46.50 | LOAN TYPE | |
| | SCOTTSDALE, AZ 85251 | | REF. # | LEAD230030 | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | STROJNIK, PETER KRISTOFER | CO-APPLICANT | |
| SOC SEC # | 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    DOB   8/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### DISCLAIMER

-

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

*** END OF REPORT 1/26/2023 10:24:05 AM ***

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 303-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.



# Civil Court Search Report

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | 1883254 | **Ref #:** | LEAD230030 | **Ordered By:** | JACKIE CHENERY |
| **Applicant:** | PETER KRISTOFER STROJNIK | **SSN:** | ***-**-4980 | **Date Ordered:** | 1/26/2023 |

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | $475667.18 | **Maricopa, AZ** | | | |
| **File Date:** | 04/05/2022 | **Case #:** | 304074 | **Last Update Date:** | N/A |
| **Lien Type:** | Lien | **Filing Book:** | N/A | **Release Date:** | N/A |
| **Lien Listing Agency:** | Internal Revenue Service | **Filing Page:** | N/A | **Status Text:** | N/A |

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | $34302.97 | **Maricopa, AZ** | | | |
| **File Date:** | 06/27/2016 | **Case #:** | 447219 | **Last Update Date:** | N/A |
| **Lien Type:** | Lien | **Filing Book:** | N/A | **Release Date:** | N/A |
| **Lien Listing Agency:** | Internal Revenue Service | **Filing Page:** | N/A | **Status Text:** | N/A |

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | $32347.16 | **Maricopa, AZ** | | | |
| **File Date:** | 06/11/2013 | **Case #:** | 20130530941 | **Last Update Date:** | N/A |
| **Lien Type:** | Federal Tax Lien - 1040 | **Filing Book:** | N/A | **Release Date:** | N/A |
| **Lien Listing Agency:** | Internal Revenue Service | **Filing Page:** | N/A | **Status Text:** | N/A |

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | $29699.44 | **Maricopa, AZ** | | | |
| **File Date:** | 12/04/2019 | **Case #:** | 979971 | **Last Update Date:** | N/A |
| **Lien Type:** | Lien | **Filing Book:** | N/A | **Release Date:** | N/A |
| **Lien Listing Agency:** | DEPARTMENT OF REVENUE | **Filing Page:** | N/A | **Status Text:** | N/A |

| Amount: | $23729.69 | **Maricopa, AZ** | | | |
|---|---|---|---|---|---|
| File Date: | 01/24/2018 | Case #: | 56049 | Last Update Date: | N/A |
| Lien Type: | Lien | Filing Book: | N/A | Release Date: | N/A |
| Lien Listing Agency: | Internal Revenue Service | Filing Page: | N/A | Status Text: | N/A |

| Amount: | $23331.69 | **Maricopa, AZ** | | | |
|---|---|---|---|---|---|
| File Date: | 01/06/2022 | Case #: | 18230 | Last Update Date: | N/A |
| Lien Type: | Lien | Filing Book: | N/A | Release Date: | N/A |
| Lien Listing Agency: | ARIZONA DEPARTMENT OF REVENUE | Filing Page: | N/A | Status Text: | N/A |

| Amount: | $9646.31 | **Maricopa, AZ** | | | |
|---|---|---|---|---|---|
| File Date: | 05/30/2017 | Case #: | 388679 | Last Update Date: | N/A |
| Lien Type: | Lien | Filing Book: | N/A | Release Date: | N/A |
| Lien Listing Agency: | Internal Revenue Service | Filing Page: | N/A | Status Text: | N/A |

| Amount: | $9550.53 | **Maricopa, AZ** | | | |
|---|---|---|---|---|---|
| File Date: | 04/18/2018 | Case #: | 290147 | Last Update Date: | N/A |
| Lien Type: | Lien | Filing Book: | N/A | Release Date: | N/A |
| Lien Listing Agency: | Internal Revenue Service | Filing Page: | N/A | Status Text: | N/A |

| Amount: | $6848.76 | **Maricopa, AZ** | | | |
|---|---|---|---|---|---|
| File Date: | 02/15/2017 | Case #: | 112510 | Last Update Date: | N/A |
| Lien Type: | Lien | Filing Book: | N/A | Release Date: | N/A |
| Lien Listing Agency: | Internal Revenue Service | Filing Page: | N/A | Status Text: | N/A |

NOTE: The information in this report is provided to supplement the authorized recipients' other processes to identify potential misrepresentations. The data is gathered from multiple third-party sources and is based on the input data. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect and cannot be guaranteed. Before relying on any data, it should be independently verified. This report or data may not be resold.

PitchPoint Powered

*** END OF REPORT ***

Equitable Home Mortgage, Inc
6831 E. 5TH AVE
SCOTTSDALE, AZ 85251
4804292111

REPORT #: 20404236
REFERENCE #: LEAD230030

RETURN SERVICE REQUESTED

PETER KRISTOFER STROJNIK
7170 N CENTRAL AVE
PHOENIX, AZ 85020

## Your Credit Score and the Price You Pay for Credit

| Your Credit Score | | |
|---|---|---|
| **Your credit score** | 634<br>Source: EQUIFAX | Model: EQUIFAX/FICO CLASSIC V5 FACTA<br>Date: 01/26/23 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 334 to a high of 818.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | Your credit score ranks higher than 20 percent of U.S. consumers. |
| **Key factors that adversely affected your credit score** | • SERIOUS DELINQUENCY<br>• TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS<br>• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED<br>• NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY |

| Checking Your Credit Report | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate.<br><br>ADVANTAGE CREDIT<br>32065 CASTLE COURT SUITE 300<br>EVERGREEN, CO 80439<br>303-670-7993 |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report:<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br>*On the web:* Visit www.annualcreditreport.com<br>*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

_____     _____
Signature                                                                                          Date

Equitable Home Mortgage, Inc
6831 E. 5TH AVE
SCOTTSDALE, AZ 85251
4804292111

# NOTICE TO THE HOME LOAN APPLICANT
## CREDIT SCORE INFORMATION DISCLOSURE

STROJNIK, PETER KRISTOFER
7170 N CENTRAL AVE
PHOENIX, AZ 85020

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

The following information about your credit scores was created on 1/26/2023.

**SCORE MODELS**

EQUIFAX/FICO CLASSIC V5 FACTA - PETE K STROJNIK - *****4980
SCORE: **634**
00039 - SERIOUS DELINQUENCY
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
00010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
00014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - PETER K STROJNIK - *****4980
SCORE: **649**
039 - SERIOUS DELINQUENCY
010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
008 - TOO MANY INQUIRIES LAST 12 MONTHS
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - PETER K STROJNIK - *****4980
SCORE: **597**
39 - SERIOUS DELINQUENCY
10 - PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY
14 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
08 - TOO MANY INQUIRIES LAST 12 MONTHS