

PO BOX 410
RAMSEY, NJ 07446-0410

January 30, 2023

Peter Strojnik                                             Re: Account No.: XXXXXXXXXX61006
7170 N Central Ave                                         Balance Owed: $ 9,121.95
Phoenix, AZ 85020

Dear Peter Strojnik:

This letter confirms that you have agreed to pay the Settlement Amount listed below as full settlement of the Balance Owed on your American Express account referenced above.

Settlement Amount
$ 3,648.78

As a reminder, this settlement offer is contingent upon timely payment. American Express will honor this offer if:
1. Payment of the Full Settlement Amount is received by: 01/31/2023
2. Payments are made in accordance with the payment schedule outlined below:

   $ 3,648.78 by 01/31/2023

Upon receipt and clearance of payment for the full settlement amount, no further attempts will be made to collect the remaining balance. Failure to remit timely payment for the full settlement amount by the date referenced above may result in further collection efforts to recover the full balance owed.

If you have any questions, please contact us at (866) 205-4559 Monday through Friday between the hours of 8:00AM - 6:00PM Eastern Time (ET).

Please be advised that American Express will continue to report your account to the credit reporting agencies based on the status of the account in accordance with our standard credit reporting practices. Once you complete the settlement payment plan, American Express will report your account settled with zero balance. If you have questions about American Express credit reporting practices, please contact 1- 800 874 2717.

Sincerely,
American Express Global Collections