## We've received your payment

American Express <AmericanExpress@welcome.americanexpress.com>
Tue 1/31/2023 10:12 PM
To: peterstrojnik@outlook.com <peterstrojnik@outlook.com>

Thanks for your payment received on
Jan 30, 2023

    **PETER K STROJNIK**
Account Ending: 61006    



# Thank you for your payment

### We received your payment.

You're all set. You can view your updated balances online.

Don't see the deduction in your bank account? The withdrawal date will vary depending on your bank. Please check with your bank if you have any questions.

**Payment amount:**
**$3,648.78**

**Processed on:**
**Jan 30, 2023**

**Helpful Links**



About your online security



Manage your alerts



View your account online

Privacy statement

Contact us

Update your email address

Stop receiving this alert

Your account information is included above to help you recognize this as a customer care e-mail from American Express. To learn more about e-mail security or report a suspicious e-mail, please visit us at <u>americanexpress.com/phishing</u>. We kindly ask you not to reply to this e-mail but instead contact us via <u>Customer Care.</u>

© 2023 American Express. All rights reserved.

SPB0CNF003