

AMERICAN
EXPRESS
CA Special Research
P.O.BOX 297858
Ft. Lauderdale, FL 33329-7879



Internal: Not
for Card
Member Use

||||·|··||·||||·||··||·||||·||||·||··|·||·|·||||·|||·|||·||··

115734-17A
Peter Strojnik                                    00302
7170 N Central Ave
Phoenix, AZ 85020-4812

02/17/2023

Re: Account Ending 61006


Dear Peter Strojnik,

Our records indicate that you have completed your settlement arrangement and resolved the outstanding balance on your account referenced above.

If you intend to apply for a new American Express Card, we request that you allow 35 days from the date your final payment was received before submitting an application.


Sincerely,

American Express Global Collections

00000603

005-SAEEXT-1-V30MS00020