## Re: Information you requested from American Express

**Peter Kristofer Strojnik** <peterstrojnik@outlook.com>
Fri 3/3/2023 11:26 PM

To: services1@aexp.com <services1@aexp.com>

📎 1 attachments (460 KB)
Doc. 1 Amex complaint.pdf;

You have ignored my request for you to fulfill the contract. You have illegally reported the debt as "Bad Debt - Charge Off" in express breach of our agreement. Accordingly, I sued American Express Company in federal court for fraud, breach of contract and a violation of the Fair Credit Reporting Act. A copy of the lawsuit is attached and will be served shortly. It behooves you to comply with the contract sooner than later, as damages accrue daily. Thank you.

Cordially Yours,

Peter Kristofer Strojnik

---

**From:** Peter Kristofer Strojnik <peterstrojnik@outlook.com>
**Sent:** Tuesday, February 7, 2023 9:35 AM
**To:** services1@aexp.com <services1@aexp.com>
**Subject:** Re: Information you requested from American Express

Can you please send the confirmation letter showing that I paid this account, and it has been "settled with zero balance" please.

Cordially Yours,

Peter Kristofer Strojnik

---

**From:** Peter Kristofer Strojnik <peterstrojnik@outlook.com>
**Sent:** Friday, February 3, 2023 11:56 AM
**To:** services1@aexp.com <services1@aexp.com>
**Subject:** Fw: Information you requested from American Express

Hello? I was told that I would be sent the release documents after the money posted to my account, and you haven't send. Please send immediately!

Cordially Yours,

Peter Kristofer Strojnik

---

**From:** Peter Kristofer Strojnik <peterstrojnik@outlook.com>
**Sent:** Wednesday, February 1, 2023 9:37 AM
**To:** Services1 <services1@aexp.com>
**Subject:** Re: Information you requested from American Express

Attached please find a screenshot of my account and a confirmation email from AMEX stating that it received the settlement payment. As we discussed, please immediately send me a Release/Full Payment letter confirming receipt of money and that the account is now Settled With Zero Balance. Thank you.

Cordially Yours,

Peter Kristofer Strojnik

**From:** Services1 <services1@aexp.com>
**Sent:** Monday, January 30, 2023 3:14 PM
**To:** peterstrojnik@outlook.com <peterstrojnik@outlook.com>
**Subject:** Information you requested from American Express

Hi Peter Strojnik,

We have attached the information that you requested.

If you have any questions, you can respond to this email or call us at 866-205-4559. We're available to assist you Monday-Friday: 8:00 a.m. - 6:00 p.m. ET.

For future reference, please provide us the best contact number to reach you.

American Express Global Collections.

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant

Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent contenir des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.