

# AMERICAN EXPRESS

Report Date: Apr 15, 2023

## CLOSED
**ACCOUNT STATUS**

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

Details | **Payments** | Historical

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | CO  |     |     |     |     |     |     |     |     |     |     |     |
| 2022 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2021 |     | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2020 |     |     |     | CO  |     |     |     |     |     |     |     |     |
| 2019 |     |     | 60  | 90  | 120 |     | 150 | CO  | CO  | CO  |     |     |
| 2018 |     |     |     |     |     |     |     |     |     |     |     |     |

Legend:
- ✔ Paid on time
- 30 — 30 Days Past Due
- 60 — 60 Days Past Due
- 90 — 90 Days Past Due
- 120 — 120 Days Past Due
- 150 — 150 Days Past Due
- 180 — 180 Days Past Due
- V — Voluntary Surrender
- F — Foreclosure
- C — Collection Account
- CO — Charge Off
- B — Included in Bankruptcy