

Potential Score Improvement

File#: **20778678**
Date: **4/12/2023**
Company: **TYLAN MORTGAGE**



**Applicant: PETER STROJNIK**

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Bureau Scores | 647 | 654 | 627 |
| Potential Score Improvement | +24  | +14  | +5  |

## Credit Assure ™

Credit Assure™ looks for opportunities to help a borrower improve their credit score, typically by paying down balances.

Current scores (called bureau scores) are provided by the credit bureaus. Predicted scores (called potential scores) and score changes (called potential improvements or score improvements) are provided by CreditXpert Inc. ("CXI") and are not bureau or FICO scores or changes. Predicted scores and score changes simulated by CreditXpert(R) products are only estimates. CXI does not guarantee that scores from any other company will change by the same amount, in the same way, or at all, or that correcting credit report information will result in a score improvement. CreditXpert products are based on credit reports from the bureaus. CXI is not responsible for inaccurate results, including any due to incorrect, incomplete, or outdated credit report information or incorrect assumptions about the future. CXI is not a credit counseling or credit repair organization. CXI is not endorsed by Equifax, Experian, TransUnion or FICO.
THE FOREGOING IS NOT INTENDED TO PROVIDE OR IMPLY WARRANTIES OF ANY KIND. CREDITXPERT PRODUCTS ARE PROVIDED ON AN "AS IS" BASIS, AND CREDITXPERT INC. AND ITS DISTRIBUTORS DISCLAIM ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, NON-INTERFERENCE AND/OR ACCURACY OF INFORMATIONAL CONTENT.
Copyright (c) 2000-2023, CreditXpert Inc. All rights reserved. CreditXpert(R) is a registered trademark of CreditXpert Inc.



32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439
Phone: 800-670-7993
Fax: 800-670-8067

**Add Product**

## MERGED INFILE CREDIT REPORT

| FILE # | 20778678  FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | | | CO-APPLICANT | | |
|---|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER | | | CO-APPLICANT | | |
| SOC SEC # | 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 | DOB | 08/26/1977 | SOC SEC # | | DOB |
| MARITAL STATUS | MARRIED | | | DEPENDENTS | | |
| CURRENT ADDRESS | 7170 N CENTRAL AVE, PHOENIX, AZ 85020 | | | LENGTH | 5 | |
| PREVIOUS ADDRESS | | | | LENGTH | | |

### SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - PETE K STROJNIK - 601074980
SCORE: **627**
00039 - SERIOUS DELINQUENCY
00018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
00014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - PETER K STROJNIK - 601074980
SCORE: **654**
039 - SERIOUS DELINQUENCY
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
008 - TOO MANY INQUIRIES LAST 12 MONTHS
010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - PETER K STROJNIK - 601074980
SCORE: **647**
39 - SERIOUS DELINQUENCY
10 - RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY
14 - LENGTH OF TIME ACCTS HAVE BEEN ESTABLISHED
08 - TOO MANY INQUIRIES LAST 12 MONTHS

**Request New Tradeline**                                                                          **Hide Trended Data**

| | | | | | CURRENT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | AES/EFS 9488078112PA00009 | 03/23 | 08/05 03/23 | $68181 EDU | $49311 360 $435 | $0 | 99 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
            M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT, INC.: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify said reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20778678 | FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| | APPLICANT | | | CO-APPLICANT | |
|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER | | CO-APPLICANT | | |
| SOC SEC # | 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 | DOB 08/26/1977 | SOC SEC # | | DOB |
| MARITAL STATUS | MARRIED | | DEPENDENTS | | |

**CURRENT**

| ECOA | WHOSE | CREDITOR | DATE REPORTED / DLA | DATE OPENED | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scheduled ($) | 435 | 435 | 435 | 435 | 435 | 435 | 0 | 434 | 434 | 434 | 434 | 434 |
| | | Actual ($) | 435 | 435 | - | - | - | - | - | 434 | 434 | 434 | 434 | 434 |
| | | Balance ($) | 49554 | 49814 | 50492 | 50742 | 50997 | 51245 | 51498 | 51307 | 51541 | 51780 | 52013 | 52261 |

| B | B | VW CREDIT INC  8138788033  AUTO LEASE | 03/23 | 08/22  03/23 | $42283  AUTO | $35715  036 $1275 | $0 | 8 | 0 | 0 | 0 | AS AGREED  XP/TU/EF |

| | | Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scheduled ($) | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | - | - | - | - | - |
| | | Actual ($) | 1275 | 2601 | 1300 | 1300 | 1300 | - | 1275 | - | - | - | - | - |
| | | Balance ($) | 36991 | 38266 | 40807 | 42044 | 43344 | 44644 | 44644 | - | - | - | - | - |

| B | B | CNS PORT SVC  40021321716 | 03/23 | 09/22  03/23 | $31224  AUTO | $29928  72 $722 | $0 | 05 | 0 | 0 | 0 | AS AGREED  XP/TU/EF |

| | | Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scheduled ($) | 722 | 722 | 722 | 722 | 722 | - | - | - | - | - | - | - |
| | | Actual ($) | 722 | 722 | 722 | 722 | 722 | - | - | - | - | - | - | - |
| | | Balance ($) | 30227 | 30431 | 30723 | 30950 | 31173 | - | - | - | - | - | - | - |

| B | B | FB&T/MERCURY  0021934511 | 04/23 | 02/22  03/23 | $1250  REV | $707  MIN $42 | $0 | 13 | 0 | 0 | 0 | AS AGREED  XP/TU/EF |

| | | Trended | 03/23 | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scheduled ($) | 44 | 15 | 10 | 84 | 42 | 42 | 71 | 40 | 33 | 15 | 0 | - |
| | | Actual ($) | 44 | 15 | 10 | 1205 | 0 | 53 | 0 | 0 | 33 | 15 | 0 | 2400 |
| | | Balance ($) | 1261 | 1265 | 1232 | 10 | 1321 | 1244 | 1256 | 1290 | 1220 | 1213 | 375 | 0 |

| B | B | MISSION LANE TAB BANK  4315037500822048 | 03/23 | 01/22  03/23 | $300  REV | $80  MIN $21 | $0 | 14 | 0 | 0 | 0 | AS AGREED  XP/TU/EF |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT, INC.:** 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20778678 | FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER | | | CO-APPLICANT | | | |
| SOC SEC # | 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 | DOB | 08/26/1977 | SOC SEC # | | DOB | |
| MARITAL STATUS | MARRIED | | | DEPENDENTS | | | |

## CURRENT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
| | | Scheduled ($) | 21 | 25 | 25 | 25 | 36 | 25 | 29 | 25 | 25 | 0 | 0 | 0 |
| | | Actual ($) | 313 | 282 | 307 | 150 | 61 | - | 123 | - | 25 | - | 289 | 1040 |
| | | Balance ($) | 21 | 292 | 273 | 307 | 306 | 328 | 271 | 123 | 56 | 39 | 0 | 59 |

| B | B | AVANT LLC/WEB BANK 149522748 | 03/23 | 02/22 / 02/23 | $300 REV | $59 $0 | $0 | 13 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
| | | Scheduled ($) | 0 | 25 | 25 | 25 | 25 | 34 | 25 | 0 | 0 | 0 | 0 | 25 |
| | | Actual ($) | 273 | 298 | 305 | 150 | 59 | - | - | - | - | - | 311 | - |
| | | Balance ($) | 0 | 273 | 298 | 305 | 274 | 322 | 291 | 0 | 0 | 0 | 0 | 311 |

| B | B | CREDIT ONE BANK NA 4447962555393440 | 03/23 | 06/21 / 03/23 | $500 REV | $8 MIN $8 | $0 | 21 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
| | | Scheduled ($) | 8 | 17 | 8 | 8 | 8 | 17 | 8 | 8 | 0 | 0 | 0 | 0 |
| | | Actual ($) | 25 | - | 8 | 8 | 25 | - | 8 | - | - | - | - | - |
| | | Balance ($) | 8 | 25 | 8 | 8 | 8 | 25 | 8 | 8 | 0 | 0 | 0 | 0 |

| B | B | MERRICK BANK CORP 5463166606841565 | 04/23 | 12/21 / 03/23 | $1200 REV | $6 MIN $6 | $0 | 16 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Trended | 03/23 | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 |
| | | Scheduled ($) | 29 | 41 | 6 | 22 | 68 | 39 | 35 | 35 | 0 | 0 | 0 | 0 |
| | | Actual ($) | 1172 | - | 22 | 1224 | 39 | 35 | - | - | - | - | - | 1185 |
| | | Balance ($) | 29 | 1172 | 6 | 22 | 1184 | 1165 | 1174 | 1102 | 0 | 0 | 0 | 0 |

| J | B | BMW FIN 4001370649 | 10/17 | 10/11 / 05/14 | $25679 AUTO | $0 36 $0 | $0 | 31 | 0 | 0 | 0 | PAID XP/TU/**EF** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT, INC.: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20778678 | FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

|  | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | STROJNIK, PETER | | CO-APPLICANT | |
| SOC SEC # | 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 | DOB 08/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | MARRIED | | DEPENDENTS | |

## CURRENT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | B | BMW FIN 4001012171 | 10/17 | 07/08 08/10 | $38491 AUTO | $0 24 $0 | $0 | 25 | 0 | 0 | 0 | PAID EF |
| J | B | NISSAN-INFINITI LT 29009736754 | 02/23 | 04/14 02/23 | $31599 AUTO | $0 039 $0 | $0 | 99 | 0 | 0 | 0 | PAID XP/TU/EF |

SUBSCRIBER REPORTS DISPUTE RESOLVED-CONSUMER DISAGREES; AUTO LEASE; DISPUTE RESOLVED REPORTED BY GRANTOR; CONSUMER DISPUTES AFTER RESOLUTION

| Trended | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 | 02/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 0 | 0 | 0 | 810 | 810 | 810 | 810 | 810 | 810 | 810 | 810 | 810 |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 6132 | 6132 | 6132 | 6132 | 6132 | 6132 | 6132 | 6132 | 6132 | 6132 | 6132 | 6132 |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | NISSAN-INFINITI LT 29009947311 | 11/17 | 03/17 11/17 | $20861 AUTO | $0 039 $0 | $0 | 7 | 0 | 0 | 0 | PAID XP/TU/EF |

ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER; AUTO LEASE

| B | B | NISSAN-INFINITI LT 29009946668 | 10/17 | 03/17 09/17 | $46358 AUTO | $0 039 $0 | $0 | 7 | 0 | 0 | 0 | PAID XP/TU |

ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER; AUTO LEASE

| B | B | NISSN INF LT 29009983429 | 10/18 | 08/17 10/18 | $25064 AUTO | $0 39 $0 | $0 | 13 | 0 | 0 | 0 | PAID TU/EF |

CLOSED; AUTO LEASE

| B | B | NISSN INF LT 29010102345 | 08/18 | 10/17 08/18 | $31177 AUTO | $0 39 $0 | $0 | 09 | 0 | 0 | 0 | PAID TU/EF |

CLOSED; AUTO LEASE

## DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | BMW FINANCIAL SERVICES 4003515781 | 08/22 | 04/20 07/22 | $52646 AUTO | $0 036 $0 | $0 | 29 | 3 | 0 | 0 | PD WAS 30 XP/TU/EF |

Late Dates: 7/22-30, 11/20-30, 10/20-30

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

ADVANTAGE CREDIT, INC.: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20778678 | FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | | REF. # | | | |

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | STROJNIK, PETER | CO-APPLICANT | |
| SOC SEC # | 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   DOB 08/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | MARRIED | DEPENDENTS | |

## DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

**EARLY TERMINATION/OBLIGATION SATISFIED; AUTO LEASE**

| Trended | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 |
| Actual ($) | - | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 | 1588 |
| Balance ($) | 16609 | 16529 | 17912 | 19295 | 20678 | 22061 | 23444 | 24907 | 26290 | 27673 | 29056 | 30439 |

## COLLECTION/CHARGE OFF

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | **AMEX** -3499925960528503 | 03/23 | 07/18 01/19 | $0 OPEN | $0 001 $0 | $0 | 48 | 1 | 1 | 31 | PAID CHGOFF XP/TU/**EF** |

**ACCOUNT PAID FOR LESS THAN FULL BALANCE; PAID CHARGE OFF**

| Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 5473 | - | - | - | - | - | - | - | - | - | - | - |

| B | B | **BMW FIN** 4003026146 | 03/23 | 08/18 08/20 | $51182 AUTO | $0 036 $0 | $0 | 55 | 0 | 0 | 1 | PAID CHGOFF XP/TU/**EF** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ACCOUNT PAID FOR LESS THAN FULL BALANCE; PAID CHARGE OFF**

| Trended | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 09/22 | 08/22 | 07/22 | 06/22 | 05/22 | 04/22 | 03/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | - | - | 23302 | 23302 | 23302 | 23302 | 23302 | 23302 | 23302 | 23302 | 23302 | 23302 |

## OTHER CREDIT HISTORY
*** NONE ***

## PUBLIC RECORDS
*** NONE ***

## TRADE SUMMARY

The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT, INC.:** 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 20778678 | FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | STROJNIK, PETER | CO-APPLICANT | |
| SOC SEC # | 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  DOB  08/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | MARRIED | DEPENDENTS | |

## TRADE SUMMARY

should be directed to ADVANTAGE CREDIT customer service.

-

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 0 | 0 | 0 | 0 | 0 |
| AUTO | 11 | 65643 | 73507 | 1997 | 0 |
| EDUCATION | 1 | 49311 | 68181 | 435 | 0 |
| OTHER INSTALLMENT | 0 | 0 | 0 | 0 | 0 |
| OPEN | 1 | 0 | 0 | 0 | 0 |
| REVOLVING | 5 | 860 | 3550 | 77 | 0 |
| OTHER | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 18 | 115814 | 145238 | 2509 | 0 |

| | | | | |
|---|---|---|---|---|
| SECURED DEBT | 65643 | OLDEST TRADELINE | 08/05 |
| UNSECURED DEBT | 50171 | REVOLVING CREDIT UTILIZATION | 24% |
| | | TOTAL DEBT/HIGH CREDIT | 80% |

## DEROGATORY SUMMARY

| CHARGE OFFS: | 2 | 30 DAYS: | 2 | INQUIRIES: | 13 |
|---|---|---|---|---|---|
| COLLECTIONS: | 0 | 60 DAYS: | 1 | MOST RECENT LATE: | undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 2 | DISPUTES: | 1 |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

## SOURCE OF INFORMATION

1. EXPERIAN - PULLED ON: 04/12/23
   NAME: PETER K STROJNIK 601074980 DOB: 08/26/77
   NAME: PETE STROJNIK 601074980 DOB: N/A
   NAME: PETER K PETER 601074980 DOB: N/A
   SSN: 601074980
   ADDRESS: 7170 N CENTRAL AVE, PHOENIX, AZ 85020-4812 - REPORTED 07/18 - 02/23
   ADDRESS: 2415 E CAMELBACK RD STE 700, PHOENIX, AZ 85016-4245 - REPORTED 03/12 - 10/18
   ADDRESS: 211 W MORTEN AVE, PHOENIX, AZ 85021-7247 - REPORTED 09/12 - 09/18
   EMPLOYER: THE STROJNIK FIRM LLC//2415 E CAMELBACK RD STE 7, PHOENIX AZ - REPORTED 05/10
   EMPLOYER: THE STROJNIK LAW FIRM// - REPORTED 09/22
2. TRANSUNION - PULLED ON: 04/12/23 - INFILE DATE: 10/01/00
   NAME: PETER K STROJNIK
   NAME: PETER,STROJNIK
   NAME: DOB: 08/26/77
   SSN: 601074980
   ADDRESS: 7170 N CENTRAL AV, PHOENIX, AZ 85020-4812 - REPORTED 09/18
   ADDRESS: 7847 N CENTRAL AV, PHOENIX, AZ 85020-4025 - REPORTED 01/10
   ADDRESS: 721 E CIRCLE RD, PHOENIX, AZ 85020-4141 - REPORTED 12/10
   EMPLOYER: THE STROJNIK FIRM/ATTORNEY/ - REPORTED 12/08
   EMPLOYER: STROJNIK FIRM LL/SELF EMPLOYED/ - REPORTED 01/08
3. EQUIFAX - PULLED ON: 04/12/23 - INFILE DATE: 01/15/96

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT, INC.: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 6/8

| FILE # | 20778678 | FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | STROJNIK, PETER | CO-APPLICANT | |
| SOC SEC # | 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   DOB 08/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | MARRIED | DEPENDENTS | |

### SOURCE OF INFORMATION

NAME: PETE K STROJNIK DOB: 08/26/77
NAME: PETER KRISTOFER STROJNIK
NAME: PETER STRONJNIK
SSN: 601074980
ADDRESS: 7170 N CENTRAL AVE, PHOENIX, AZ 85020 - REPORTED 09/18 - 04/23
ADDRESS: 7847 N CENTRAL AVE, PHOENIX, AZ 85020 - REPORTED 03/18 - 03/23
ADDRESS: 211 W MORTEN AVE, PHOENIX, AZ 85021 - REPORTED 09/12 - 04/23
EMPLOYER: THE STROJNIK FIRM LL/MANAGING ATTOR/ - REPORTED 08/22
EMPLOYER: THE STROJNIK LAW FIR/ATTORNEY/ - REPORTED 09/22
EMPLOYER: THE STROJNIK FIRM LL/ATTORNEY/ - REPORTED 03/20

### INQUIRIES (LAST 120 DAYS)

| XP | B | 03/20/23 | ADVANTAGE/ADVANTAGE CR | FINANCE |
|---|---|---|---|---|
| TU | B | 03/20/23 | TYLAN MORTGAGE | MISC |
| EF | B | 03/20/23 | ADVANTAGE CREDIT,INC | MISC |
| **XP**/EF | B | 01/26/23 | ADVANTAGE CREDIT INC | FINANCE |
| TU | B | 01/26/23 | EQUITABLE HOME MORTG | MISC |
| XP | B | 12/30/22 | FIRST INVST SVC/FIRST | FINANCE |
| XP | B | 12/30/22 | AXOS BANK | BANKING |
| TU | B | 12/30/22 | FLAGSHIP CRE | FINANCE |
| TU | B | 12/30/22 | PRESTIGE FIN | FINANCE |
| XP | B | 12/24/22 | SANTANDER CONSUMER USA | FINANCE |
| XP | B | 12/24/22 | WFDS | FINANCE |
| TU | B | 12/24/22 | AUDI N SCOTT | AUTOMOTIVE |
| TU | B | 12/24/22 | VW CREDIT | FINANCE |

### CREDITORS

| 1ST INVESTORS FINANCIA | 380 INTERSTATE N PKWY ST, ATLANTA, GA 30339 | 770-956-3820 |
|---|---|---|
| 1ST NATIONAL BANK OF MARIN | ATTN: ACCOUNT SERVICES PO BOX 98873, LAS VEGAS, NV 89193 | 702-269-1000 |
| AMERICAN EXPRESS | P.O. BOX 981537, EL PASO, TX 79998 | 800-635-5955 |
| AMEX | P O BOX 7871, FORT LAUDERDALE FL 33329 | (305) 473-3361 |
| AVCO FINANCIAL SERVICES | 400 CHESTERFIELD CTR STE 630, CHESTERFIELD MO 63017 | (314) 537-3050 |
| BMW FIN SVC | 5515 PARK CENTER C, DUBLIN, OH 43017 | 800-578-5000 |
| BMW FINANCIAL SERVIC | 5550 BRITTON PKWY, PO#2071996, HILLIARD, OH 43026-7456 | 800-578-5000 |
| BMW FINANCIAL SERVICES | 5515 PARKCENTER CIR, DUBLIN, OH 43017 | 800-578-5000 |
| CNS PORT SVC | 16355 LAGUNA CANYO, IRVINE, CA 92618 | 800-365-7285 |
| CONSUMER PORTFOLIO S | 16355 LAGOONA CANYON RD PVC (167), IRVINE, CA 92618 | 800-365-7285 |
| CREDIT ONE BANK | PO BOX 98875, LAS VEGAS, NV 89193 | 877-825-3242 |

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT, INC.: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067**
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 7/8

| FILE # | 20778678 | FNMA # | | DATE COMPLETED | 4/12/2023 | RQD' BY | ANDREW MORRIS |
|---|---|---|---|---|---|---|---|
| SEND TO | TYLAN MORTGAGE | | | DATE ORDERED | 4/12/2023 | | |
| | CUST. # 6398 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 205 E FLAT ROCK RDG | | | PRICE | | LOAN TYPE | CONV |
| | FLAGSTAFF, AZ 86001 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | STROJNIK, PETER | CO-APPLICANT | |
| SOC SEC # | 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   DOB   08/26/1977 | SOC SEC # | DOB |
| MARITAL STATUS | MARRIED | DEPENDENTS | |

### CREDITORS

| | | |
|---|---|---|
| CREDITONEBNK | POB 98872, LAS VEGAS, NV 89193 | 877-825-3242 |
| HERITAGE BANK SOUTH VALLEY | 18625 SUTTER BLVD STE 100, MORGAN HILL CA 950372863 | (408) 778-2320 |
| MERCURY CARD/FB&T/TSYS | , | 866-686-2158 |
| MERRICK BANK | PO BOX 5000, DRAPER, UT 84020 | 800-253-2322 |
| MERRICK BANK CORP | 55 EAST AMES CT, PLAINVIEW, NY 11803 | 800-657-1341 |
| NISSAN-INFINITI LT / LEASES | P.O. BOX 660360, DALLAS, TX 75266-0360 | 800-777-6116 |
| NISSAN-INFINITI LT / LOANS | 2901 KINWEST PKWY, IRVING, TX 75063 | 800-950-6622 |
| PACIFIC SHOR | 23101 LAKE CENTER LAKE, FOREST CA 92630 | (949) 699-1000 |
| PRO REALTY INC | 505 MARTINTOWN ROAD, NORTH AUGUSTA SC 29841 | (803) 279-9701 |
| VW CREDIT | 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048 | 800-428-4034 |

### MISCELLANEOUS INFORMATION

- Instant View Password: BE-FEDED4

- To verify the authenticity of this credit report, please visit https://credit.advcredit.com and click on the Instant View link. Enter Identifier # 20778678 and password BE-FEDED4 to view the report. For any inquiries regarding this report or services provided by ADVANTAGE CREDIT, INC. please contact us at 800-670-7993.

### DISCLAIMER

-
An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

-
This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

-

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

*** END OF REPORT 4/12/2023 5:37:14 PM ***

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**ADVANTAGE CREDIT, INC.: 32065 CASTLE COURT SUITE 300, EVERGREEN, CO 80439 (P) 800-670-7993 (F) 800-670-8067**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

**TYLAN MORTGAGE**
205 E FLAT ROCK RDG
FLAGSTAFF, AZ 86001
9288904350

REPORT #: 20778678

RETURN SERVICE REQUESTED

PETER STROJNIK
7170 N CENTRAL AVE
PHOENIX, AZ 85020

**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | | | |
|---|---|---|---|
| **Your credit score** | **SCORE** | **SOURCE / MODEL** | **DATE** |
| | 647 | EXPERIAN/FAIR, ISAAC (VER. 2) | 04/12/23 |
| | 654 | TRANSUNION/FICO CLASSIC (04) | 04/12/23 |
| | 627 | EQUIFAX/FICO CLASSIC V5 FACTA | 04/12/23 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. |
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | EXPERIAN: Scores range from a low of 300 to a high of 850. |
| | TRANS UNION: Scores range from a low of 309 to a high of 839. |
| | EQUIFAX: Scores range from a low of 334 to a high of 818. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | EXPERIAN: Your credit score ranks higher than 24 percent of U.S. consumers. |
| | TRANS UNION: Your credit score ranks higher than 25 percent of U.S. consumers. |
| | EQUIFAX: Your credit score ranks higher than 18 percent of U.S. consumers. |
| **Key factors that adversely affected your credit score** | EXPERIAN<br>• SERIOUS DELINQUENCY<br>• RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH<br>• NUMBER OF ACCOUNTS WITH DELINQUENCY<br>• LENGTH OF TIME ACCTS HAVE BEEN ESTABLISHED<br>• TOO MANY INQUIRIES LAST 12 MONTHS<br>TRANS UNION<br>• SERIOUS DELINQUENCY<br>• TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• TOO MANY INQUIRIES LAST 12 MONTHS<br>• PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS<br>• INQUIRIES IMPACTED THE CREDIT SCORE<br>EQUIFAX<br>• SERIOUS DELINQUENCY<br>• NUMBER OF ACCOUNTS WITH DELINQUENCY<br>• TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED<br>• NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY |

| **Checking Your Credit Report** | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate.<br><br>ADVANTAGE CREDIT, INC.<br>32065 CASTLE COURT SUITE 300<br>EVERGREEN, CO 80439<br>800-670-7993 |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report:<br><br>*By telephone:*  Call toll-free: 1-877-322-8228<br>*On the web:*  Visit www.annualcreditreport.com<br>*By mail:*  Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

Your credit scores were provided by the following credit reporting agency:

| TRANSUNION | EQUIFAX | EXPERIAN |
|---|---|---|
| PO BOX 2000 | PO BOX 740241 | PO BOX 2002 |
| CHESTER, PA 19016 | ATLANTA, GA 30374 | ALLEN, TX 75013 |
| 800-916-8800 | 800-685-1111 | 888-397-3742 |
| transunion.com/myoptions | www.equifax.com/fcra | www.experian.com/reportaccess |

If you have questions concerning the terms of the loan, contact the lender.


_____    _____
Signature                                          Date



32065 CASTLE COURT SUITE 300<br>
EVERGREEN, CO 80439<br>
Tel: 800-670-7993<br>
Fax: 800-670-8067

4/12/2023                                                                                                          INVOICE #20778678

TYLAN MORTGAGE #6398
205 E FLAT ROCK RDG
FLAGSTAFF, AZ 86001

| Date | Name | Description | Payments | Charges |
|---|---|---|---|---|
| 4/12/2023 | STROJNIK, PETER | 3BUR | $0.00 | $62.00 |
| 4/12/2023 | STROJNIK, PETER | FNMA RETRIEVE | $0.00 | $0.00 |
| 4/12/2023 | STROJNIK, PETER | FHLMC DIRECT LPA REISSUE | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total Charges: | $62.00 |
| Taxes: | $0.00 |
| Total Payments: | $0.00 |
| Amount Due: | $62.00 |

*Note: If paying by check, please include the invoice or report number on the check.*