# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, dealing with his sole and separate claim,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>American Express Company, a New York corporation,<br><br>　　　　　Defendant. | Case No: 2:23-cv-00340-SPL<br><br>**[PROPOSED] ORDER** |

　　On Motion and good cause shown,

　　IT IS HEREBY ORDERED granting Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Defendant is Ordered to contact the three credit reporting agencies (Equifax, Experian and TransUnion) and change the 90-day late payments from 31 to 3. Defendant is ordered to complete this within five court days of this Order.

　　DATED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court