

## Platinum Card®

PETER K STROJNIK
Closing Date 09/16/18



p. 1/8

Account Ending 2-61006

| | |
|---|---|
| **New Balance** | **$3,302.63** |
| **Payment Due Date** | **10/11/18** ‡ |

‡ **Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 10/11/18, you may have to pay a late fee of up to $38.00.

→ See page 2 for important information about your account.

### Membership Rewards® Points
Available and Pending as of 08/31/18
**64,093**
For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary
| | |
|---|---:|
| Previous Balance | $2,070.14 |
| Payments/Credits | -$2,712.97 |
| New Charges | +$3,945.46 |
| Fees | +$0.00 |
| **New Balance** | **$3,302.63** |

Days in Billing Period: 30

### Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-800-525-3355

**Pay by Phone**
1-800-472-9297

→ See Page 2 for additional information.

## You Spoke. We Listened.

Over 1.5 million more places in the U.S. started accepting American Express® Cards in 2017.

**Visit ShopSmallNow.com**



---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 2-61006**
Enter 15 digit account # on all payments.
Make check payable to American Express.

PETER K STROJNIK
7170 N CENTRAL AVE
PHOENIX AZ 85020

Payment Due Date
**10/11/18**

Amount Due
**$3,302.63**

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

Check here if your address or phone number has changed.
Note changes on reverse side.

0000349992596052850   00033026300033026з   13   A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Pay Over Time Travel and Pay Over Time Direct)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges**: If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| **Customer Care & Billing Inquiries** | 1-800-525-3355 | **Hearing Impaired** |
| **International Collect** | 1-954-473-2123 | **TTY:** 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-800-525-3355 | **FAX:** 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
BOX 0001
LOS ANGELES CA
90096-8000

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

. Avoid late fees
. Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit
**www.americanexpress.com/privacy** .




**Platinum Card®**

p. 3/8

PETER K STROJNIK
Closing Date 09/16/18

Account Ending 2-61006

## Payments and Credits

### Summary

| | Total |
|---|---:|
| **Payments** | -$2,712.97 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | -$2,712.97 |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---:|
| 08/25/18* | PETER K STROJNIK | ONLINE PAYMENT - THANK YOU | -$2,712.97 |

## New Charges

### Summary

| | Total |
|---|---:|
| PETER K STROJNIK 2-61006 | $176.00 |
| PETER K STROJNIK 2-61014 | $3,431.08 |
| DANIELLE A STROJNIK 2-61022 | $338.38 |
| **Total New Charges** | **$3,945.46** |

### Detail

**PETER K STROJNIK**
Card Ending 2-61006

| Date | Description | City | State | Amount |
|---|---|---|---|---:|
| 08/17/18 | CHRISTOS RISTORANTE 650000001117145<br>6022641784 | PHOENIX | AZ | $68.00 |
| 08/17/18 | ADVANCED LOCK SERVICE<br>602-336-8670 | PHOENIX | AZ | $59.00 |
| 08/27/18 | ORIGINAL JOES 650000009082473<br>4082927030 | SAN JOSE | CA | $25.00 |
| 08/27/18 | SAN JOSE JOES 650000004877422<br>3034651202 | SAN JOSE | CA | $24.00 |

**PETER K STROJNIK**
Card Ending 2-61014

| Date | Description | City | State | Amount |
|---|---|---|---|---:|
| 08/17/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $26.06 |
| 08/18/18 | JACK IN THE BOX<br>FAST FOOD RESTAURANT | PHOENIX | AZ | $9.43 |
| 08/18/18 | WALGREENS<br>NONE 85020<br>PHARMACIES | PHOENIX | AZ | $14.65 |
| 08/18/18 | DOORDASH*WENDYS<br>6506819470 | SAN FRANCISCO | CA | $32.87 |
| 08/18/18 | WALGREENS<br>NONE 85020<br>PHARMACIES | PHOENIX | AZ | $18.44 |
| 08/19/18 | JACK IN THE BOX<br>FAST FOOD RESTAURANT | PHOENIX | AZ | $7.05 |
| 08/19/18 | QT<br>8002473452 | PHOENIX | AZ | $55.63 |

Continued on reverse

## Detail Continued

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 08/20/18 | JACK IN THE BOX<br>FAST FOOD RESTAURANT | PHOENIX | AZ | $9.97 |
| 08/20/18 | LOS COMPADRES MEXICAN 0000<br>602-265-1162 | PHOENIX | AZ | $11.67 |
| 08/20/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $26.06 |
| 08/20/18 | PIZZA HEAVEN 0218<br>800-451-5817 | PHOENIX | AZ | $8.00 |
| 08/20/18 | DOORDASH*CHIPOTLE<br>6506819470 | SAN FRANCISCO | CA | $23.23 |
| 08/20/18 | BW INNSUITES PHOENIX HOTE<br>Arrival Date 08/19/18    Departure Date 08/20/18<br>00000000<br>LODGING | PHOENIX | AZ | $101.43 |
| 08/21/18 | MCDONALD'S<br>6029952650 | PHOENIX | AZ | $7.71 |
| 08/22/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $26.06 |
| 08/22/18 | SUPER DRAGON RESTAURANT 0845<br>602-997-1685 | PHOENIX | AZ | $36.00 |
| 08/22/18 | ROBERT FARR, PH.D., P<br>DOCTOR & PHYSICIAN | PHOENIX | AZ | $100.00 |
| 08/23/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $5.38 |
| 08/23/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $3.49 |
| 08/23/18 | MCDONALD'S F3326 000000000396053<br>6029976518 | PHOENIX | AZ | $6.04 |
| 08/23/18 | WALGREENS<br>NONE 85014<br>PHARMACIES | PHOENIX | AZ | $13.01 |
| 08/23/18 | WALGREENS<br>NONE 85014<br>PHARMACIES | PHOENIX | AZ | $32.55 |
| 08/24/18 | CHEVRON 0205501/CHEVRON<br>SERVICE STN | PHOENIX | AZ | $60.12 |
| 08/24/18 | BW INNSUITES PHOENIX HOTE<br>Arrival Date 08/23/18    Departure Date 08/24/18<br>00000000<br>LODGING | PHOENIX | AZ | $86.11 |
| 08/24/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $12.75 |
| 08/25/18 | PETER PIPER PIZZA<br>888-778-7193 | PHOENIX | AZ | $21.72 |
| 08/25/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $28.05 |
| 08/26/18 | FRYS-MKTPLACE<br>5205726040<br>GROCERY STORES | PHOENIX | AZ | $144.90 |
| 08/27/18 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE<br>From: SAN JOSE INTERNATI    To: PHOENIX SKY HARBOR<br>Carrier: WN    Class: K<br>Ticket Number: 5261482140694    Date of Departure: 08/27<br>Passenger Name: STROJNIK/PETER KRISTOFER<br>Document Type: PASSENGER TICKET | DALLAS | TX | $16.00 |

Continued on next page


Case 2:23-cv-00340-SPL   Document 18-3   Filed 04/27/23   Page 5 of 8

Platinum Card®
p. 5/8
PETER K STROJNIK
Closing Date 09/16/18

Account Ending 2-61006

## Detail Continued

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 08/27/18 | Starbucks NC5 SJC 1551962007<br>FAST FOOD RESTAURANT | San Jose | CA | $4.15 |
| 08/27/18 | HUDSON ST1490 1490<br>800-326-7711 | SAN JOSE | CA | $32.74 |
| 08/27/18 | AVILA - CONNECTIONS<br>505-341-3753 | PHOENIX | AZ | $4.75 |
| 08/28/18 | QT<br>8002473452 | PHOENIX | AZ | $57.35 |
| 08/29/18 | 1565 GREAT CLIPS AT ALBER 650000008562<br>6023310023 | PHOENIX | AZ | $26.00 |
| 08/29/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $26.06 |
| 08/29/18 | WALGREENS<br>NONE 85014<br>PHARMACIES | PHOENIX | AZ | $10.85 |
| 08/29/18 | ROBERT FARR, PH.D., P<br>DOCTOR & PHYSICIAN | PHOENIX | AZ | $100.00 |
| 08/31/18 | FLOWERSAFTERHOURS,LLC<br>squareup.com/receipts | Phoenix | AZ | $70.00 |
| 08/31/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $78.19 |
| 08/31/18 | WAL-MART NEIGHBORHOOD MARKET 2632 2632<br>GROCERY STORE | PHOENIX | AZ | $9.20 |
| 09/01/18 | DOORDASH*WENDYS<br>6506819470 | SAN FRANCISCO | CA | $14.64 |
| 09/01/18 | THE HOME DEPOT<br>800-654-0688 | PHOENIX | AZ | $8.62 |
| 09/01/18 | STARBUCKS STORE 0959<br>000000000000000085013 | PHOENIX | AZ | $2.44 |
| 09/01/18 | LESLIE'S POOLMART<br>SWIMMING POOLS | PHOENIX | AZ | $86.87 |
| 09/02/18 | CHEVRON 0098544/CHEVRON<br>SERVICE STN | PHOENIX | AZ | $58.34 |
| 09/02/18 | UBER TRIP FJD2R<br>HELP.UBER.COM | HELP.UBER.COM | CA | $44.44 |
| 09/02/18 | CLEAN FREAK - GLENDALE 000000001<br>6023213241 | PHOENIX | AZ | $6.00 |
| 09/02/18 | JACK IN THE BOX<br>FAST FOOD RESTAURANT | PHOENIX | AZ | $8.77 |
| 09/03/18 | JACK IN THE BOX<br>FAST FOOD RESTAURANT | PHOENIX | AZ | $2.80 |
| 09/03/18 | AUTOZONE 3676 000003676<br>8002886966 | FLAGSTAFF | AZ | $20.67 |
| 09/03/18 | DENNY'S<br>9287791371 | FLAGSTAFF | AZ | $24.31 |
| 09/03/18 | PIZZA HUT<br>520-886-5271 | FLAGSTAFF | AZ | $25.00 |
| 09/03/18 | QT 405 QT 405<br>8002473452 | PHOENIX | AZ | $27.84 |
| 09/03/18 | SHELL OIL 10007067001<br>GAS STATION | FLAGSTAFF | AZ | $5.44 |
| 09/03/18 | CVS PHARMACY<br>8007467287<br>PHARMACIES | PHOENIX | AZ | $15.15 |

Continued on reverse

**Detail Continued**

| | | | | Amount |
|---|---|---|---|---|
| 09/04/18 | 7-ELEVEN 13017 00071301701<br>480-967-7312 | TEMPE | AZ | $2.23 |
| 09/04/18 | HARKINS CHRISTOWN 14 0000<br>480-627-7777 | PHOENIX | AZ | $20.50 |
| 09/04/18 | SUPER STAR CAR WASH - 000000001<br>427587037120001 85021 | PHOENIX | AZ | $7.00 |
| 09/04/18 | WALGREENS<br>NONE 85021<br>PHARMACIES | PHOENIX | AZ | $5.96 |
| 09/04/18 | CIRCLE K 08853/CIRCLE K<br>CONVENIENT S | FLAGSTAFF | AZ | $1.99 |
| 09/05/18 | HILTON GARDEN INN<br>Arrival Date    Departure Date<br>09/03/18         09/04/18<br>00000000 | FLAGSTAFF | AZ | $77.58 |
| 09/05/18 | THE HOME DEPOT<br>800-654-0688 | PHOENIX | AZ | $32.51 |
| 09/05/18 | CIRCLE K 03744/CIRCLE K<br>CONVENIENT S | PHOENIX | AZ | $58.33 |
| 09/05/18 | ROBERT FARR, PH.D., P<br>DOCTOR & PHYSICIAN | PHOENIX | AZ | $100.00 |
| 09/05/18 | DOORDASH*BOSTON MARKET<br>6506819470 | SAN FRANCISCO | CA | $27.84 |
| 09/06/18 | MICROSOFT*MICROSOFT*XBOX LIVE GOLD<br>DIRECT MKTG INTERNET | REDMOND | | $10.85 |
| 09/07/18 | PETER PIPER PIZZA<br>888-778-7193 | PHOENIX | AZ | $38.85 |
| 09/07/18 | CENTRAL ORANGE FOOD 436845558295712<br>PARASSTORESUS@GMAIL.COM | PHOENIX | AZ | $15.16 |
| 09/07/18 | DOORDASH*BOSTON MARKET<br>6506819470 | SAN FRANCISCO | CA | $27.84 |
| 09/08/18 | DOORDASH*WENDYS<br>6506819470 | SAN FRANCISCO | CA | $15.64 |
| 09/09/18 | PATS PIZZA PLUS LLC<br>squareup.com/receipts | Phoenix | AZ | $38.39 |
| 09/09/18 | MICROSOFT*MICROSOFT *XBOX<br>DIRECT MKTG INTERNET | REDMOND | | $21.71 |
| 09/10/18 | MORA ITALIAN 0050<br>520-548-6671 | PHOENIX | AZ | $65.00 |
| 09/10/18 | CLEAN FREAK - GLENDALE 000000001<br>6023213241 | PHOENIX | AZ | $6.00 |
| 09/10/18 | SHELL OIL 57442258208<br>AUTO FUEL DISPENSER | SCOTTSDALE | AZ | $59.28 |
| 09/10/18 | SHELL OIL 57442258208<br>GAS STATION | SCOTTSDALE | AZ | $1.50 |
| 09/10/18 | MCDONALD'S F18959 000000000158914<br>6026048159 | PHOENIX | AZ | $7.17 |
| 09/10/18 | YOGURTINI - 2 - BELL TOWN 000000001<br>6023587481 | PHOENIX | AZ | $8.67 |
| 09/11/18 | UBER TRIP 4BHZ7<br>HELP.UBER.COM | HELP.UBER.COM | CA | $21.29 |
| 09/11/18 | BELL ROAD<br>6027897906 | PHOENIX | AZ | $3.00 |
| 09/11/18 | BELL ROAD<br>6027897906 | PHOENIX | AZ | $12.25 |
| 09/11/18 | SEXTON PEST CONTROL INC 00-08031067286<br>602-9423653 | PHOENIX | AZ | $75.00 |

Continued on next page

  

**Platform Card®**  p. 7/8
PETER K STROJNIK
Closing Date 09/16/18   Account Ending 2-61006

## Detail Continued

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 09/11/18 | DOORDASH*BOSTON MARKET 6506819470 | SAN FRANCISCO | CA | $35.54 |
| 09/12/18 | VANS.COM 888-691-8889 | COSTA MESA | CA | $108.62 |
| 09/12/18 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $52.12 |
| 09/12/18 | ZOYO YOGURT 0000000000000000850202 | PHOENIX | AZ | $16.85 |
| 09/12/18 | ROBERT FARR, PH.D., P DOCTOR & PHYSICIAN | PHOENIX | AZ | $100.00 |
| 09/13/18 | WALGREENS NONE 85014 PHARMACIES | PHOENIX | AZ | $10.07 |
| 09/13/18 | SAFEWAY GROCERY STORE | PHOENIX | AZ | $406.51 |
| 09/13/18 | SUPER DRAGON RESTAURANT 0845 602-997-1685 | PHOENIX | AZ | $35.00 |
| 09/13/18 | DOORDASH*WENDYS 6506819470 | SAN FRANCISCO | CA | $36.82 |
| 09/14/18 | DOORDASH*CHIPOTLE 6506819470 | SAN FRANCISCO | CA | $23.23 |
| 09/15/18 | DOORDASH*PITA JUNGLE 6506819470 | SAN FRANCISCO | CA | $20.07 |
| 09/15/18 | PRIME VIDEO DIGITAL | 888-802-3080 | WA | $9.76 |
| 09/15/18 | DOORDASH*MACAYOS MEXIC 6506819470 | SAN FRANCISCO | CA | $48.65 |
| 09/16/18 | WAL-MART NEIGHBORHOOD MARKET 2632 2632 GROCERY STORE | PHOENIX | AZ | $51.30 |

**DANIELLE A STROJNIK**
Card Ending 2-61022   Monthly Spending Limit: $1,000

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 08/20/18 | TARGET PARADISE VALLEY 0233 DISCOUNT STORE | PHOENIX | AZ | $1.57 |
| 08/23/18 | SAFEWAY STORE 1979 GROCERY STORE | PHOENIX | AZ | $25.00 |
| 08/27/18 | SAFEWAY GROCERY STORE | PHOENIX | AZ | $8.68 |
| 09/03/18 | TARGET DEER VALLEY 2236 DISCOUNT STORE | PHOENIX | AZ | $222.62 |
| 09/08/18 | TARGET DEER VALLEY 2236 DISCOUNT STORE | PHOENIX | AZ | $39.49 |
| 09/11/18 | TARGET PHOENIX SPECTRUM 2354 DISCOUNT STORE | PHOENIX | AZ | $10.85 |
| 09/11/18 | SUNTOWN CLEANERS 542929806156493 6029447384 | PHOENIX | AZ | $30.17 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on reverse

| 2018 Fees and Interest Totals Year-to-Date | |
|---|---:|
| | **Amount** |
| Total Fees in 2018 | $550.00 |
| Total Interest in 2018 | $0.00 |