# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, dealing with his sole and separate claim,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>American Express Company, a New York corporation,<br><br>　　　　Defendant. | Case No. 2:23-cv-00340-SPL<br><br>**ORDER GRANTING MOTION OF AMERICAN EXPRESS NATIONAL BANK TO COMPEL ARBITRATION AND STAY ACTION** |

　　This matter having come before the Court on Defendant American Express National Bank's Motion to Compel Arbitration and Stay Action, the Court finds that the request was proper pursuant to A.R.S. § 12-1502, made applicable by A.R.S. § 12-3003(B)(3) and (C), and with good cause appearing;

　　**IT IS HEREBY ORDERED** staying the above-captioned action and compelling the parties to complete arbitration.