P. Kristofer Strojnik, SBN 026082
THE STROJNIK FIRM LLC
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>American Express Company, a New York corporation,<br><br>Defendant. | Case No: 2:23-cv-00340-SPL<br><br>**NOTICE OF NO OPPOSITION TO DEFENDANT'S DOC. 18 MOTION** |

    Please take notice that Plaintiff does not oppose the relief Defendant seeks in its Doc. 18 Motion.

    RESPECTFULLY SUBMITTED this 8th day of May, 2023.

                                       */s/ P. Kristofer Strojnik*
                                       P. Kristofer Strojnik (026082)
                                       Attorneys for Plaintiff