# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, | No. CV-23-00340-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| American Express Company, | |
| Defendant. | |

Before the Court is Defendant's Motion to Compel Arbitration and Stay Action (Doc. 18). Plaintiff does not oppose Defendant's Motion (Doc. 19). Plaintiff's Cardmember Agreement with Defendant includes an Arbitration Provision stating that either party "may elect to resolve any claim by individual arbitration." (Doc. 18 at 9). Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Compel Arbitration and Stay Action (Doc. 18) is **granted** and this case is stayed until **August 7, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a notice of arbitration with the Court including the scheduled date of the arbitration within **thirty (30) days** of the date of this Order, and joint status reports every **thirty (30) days** thereafter.

Dated this 9th day of May, 2023.

Honorable Steven P. Logan
United States District Judge