P. Kristofer Strojnik, SBN 026082
THE STROJNIK FIRM LLC
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Kristofer Strojnik, dealing with his sole and separate claim, <br><br> Plaintiff, <br><br> vs. <br><br> American Express Company, a New York corporation, <br><br> Defendant. | Case No: 2:23-cv-00340-SPL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through undersigned counsel, hereby jointly move for an Order dismissing the above case with prejudice, with each party to bear his/its own attorney's fees, expenses and costs.

RESPECTFULLY SUBMITTED this 9th day of June, 2023.

*/s/ P. Kristofer Strojnik*
P. Kristofer Strojnik (026082)
Attorneys for Plaintiff


*/s/ Daniel P. Velocci*
Daniel P. Velocci
Attorneys for Defendant