# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>American Express Company, a New York corporation,<br><br>Defendant. | Case No: 2:23-cv-00340-SPL<br><br>**[PROPOSED] ORDER** |

On Joint Motion and good cause shown,

IT IS ORDERED dismissing the above case with prejudice; each party to bear his/its own attorney's fees, expenses and costs.

_____
Judge of the U.S. District Court