IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik,<br><br>    Plaintiff,<br><br>vs.<br><br>American Express Company,<br><br>    Defendant. | No. CV-23-00340-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 21) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 9th day of June, 2023.

                  Honorable Steven P. Logan
                  United States District Judge